IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) <br> ) DEMAND FOR JURY TRIAL <br> ) <br> ) |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff states that it has no parent corporation and that no publicly-held corporation owns 10% or more of plaintiff's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 654-9200
jblumenfeld@mnat.com
jheaney@mnat.com
   *Attorneys for Plaintiff WebXchange Inc.*

*Of Counsel*:
Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

March 5, 2008