AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

WebXchange Inc.,
         Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

The Allstate Corporation, Allstate Insurance Company, Allstate Life Insurance Company, Allstate Financial Services LLC, and Allstate Financial LLC,
         Defendants.

CASE NUMBER:    0 8 - 1 3 1

TO: (Name and address of Defendant)
    Allstate Financial Services, LLC
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          MAR 0 5 2008

CLERK                                          DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 6, 2008 | |
| NAME OF SERVER (PRINT) Clark Running | TITLE Messenger | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Allstate Financial Services, LLC c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/08
Date

Signature of Server

1201 North Market Street
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.