IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC.,          )<br>                           )<br>           Plaintiff,    )<br>                           )<br>       v.               )<br>                           )<br>THE ALLSTATE CORPORATION,   )<br>ALLSTATE INSURANCE COMPANY,   )<br>ALLSTATE LIFE INSURANCE COMPANY, )<br>ALLSTATE FINANCIAL SERVICES LLC, )<br>and ALLSTATE FINANCIAL LLC,    )<br>                           )<br>           Defendants. )| C.A. No. 08-131 (JJF)<br><br>DEMAND FOR JURY TRIAL |

## DECLARATION OF MAILING

I, Jack B. Blumenfeld, declare as follows:

1.      I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiff in this action.

2.      Defendant Allstate Insurance Company ("Allstate Insurance") is an Illinois corporation, with its principal place of business at 3075 Sanders Road, Northbrook, Illinois 60062.

3.      Defendant Allstate Life Insurance Company ("Allstate Life") is an Illinois corporation, with its principal place of business at 3100 Sanders Road, Northbrook, Illinois 60062.

4.      The Summons and Complaint in this action were served on defendants Allstate Insurance and Allstate Life on March 6, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of

the Summons, showing the service on the Secretary of State, was filed with the Court on March 6, 2008.

5.      On March 6, 2008, copies of the Summons and Complaint were sent by registered mail to Allstate Insurance Company, 3075 Sanders Road, Northbrook, IL  60062 together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Allstate Insurance personally within this state. *See* Exhibit A.

6.      On March 6, 2008, copies of the Summons and Complaint were sent by registered mail to Allstate Life Insurance Company, 3100 Sanders Road, Northbrook, IL  60062 together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Allstate Life personally within this state. *See* Exhibit B.

7.      The registered mail return receipts that I received on March 17, 2008, shows that Allstate Insurance and Allstate Life received and accepted the Summons, Complaint and notice. *See* Exhibit C-D.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jack B. Blumenfeld (#1014)

2

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

March 6, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Allstate Insurance Company
3075 Sanders Road
Northbrook, IL 60062

        Re:    Service of Process
              *WebXchange Inc. v. The Allstate Corporation, et al.*
              C.A. No. 08-131

To whom it may concern:

        Enclosed are copies of the Summons, Complaint for patent infringement against Allstate Insurance Company, Notice of Availability of a United States Magistrate Judge and Plaintiff's Fed. R. Civ. P. 7.1 Statement in this action, which were served on the Delaware Secretary of State on March 6, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Allstate Insurance Company personally within the State of Delaware.

                          Sincerely,

                          Jack B. Blumenfeld

JBB/dlb
Enclosures

# EXHIBIT B

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

March 6, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Allstate Life Insurance Company
3100 Sanders Road
Northbrook, IL  60062

> Re:    Service of Process
> *WebXchange Inc. v. The Allstate Corporation, et al.*
> C.A. No. 08-131

To whom it may concern:

Enclosed are copies of the Summons, Complaint for patent infringement against Allstate Life Insurance Company, Notice of Availability of a United States Magistrate Judge and Plaintiff's Fed. R. Civ. P. 7.1 Statement in this action, which were served on the Delaware Secretary of State on March 6, 2008, pursuant to 10 *Del. C* § 3104(d).   Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Allstate Life Insurance Company personally within the State of Delaware.

Sincerely,

*Jack Blumenfeld*

Jack B. Blumenfeld

JBB/dlb
Enclosures

# EXHIBIT C

Registered No. RA 311 802 200 US

Date Stamp

| Reg. Fee 9.50 | |
|---|---|
| Handling Charge | Return Receipt 2.15 |
| Postage 4.60 | Restricted Delivery |
| Received by | |

*To Be Completed By Post Office*

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

## OFFICIAL USE

FROM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO

Allstate Insurance Co
3075 Sanders Road
Northbrook IL 60062

*To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed*

PS Form 3806,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X  Ron Williams, Agt. ☐ Agent ☐ Addressee |
| 1. Article Addressed to: Allstate Insurance 3075 Sanders Road Northbrook IL 60062 | B. Received by ( *Printed Name* ) Allstate Ins  C. Date of Delivery |
| | D. Is delivery address different from item 1?  ☐ Yes   If YES, enter delivery address below: ☐ No   MAR 12 2008  Ron Williams |
| | 3. Service Type ☐ Certified Mail  ☐ Express Mail ☒ Registered  ☒ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* RA 311 802 200 US  JBB | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# EXHIBIT D

Registered No.

**RA 311 802 213 US**

| | |
|---|---|
| Reg. Fee 9.50 | Date Stamp |
| Handling Charge | Return Receipt 2.15 |
| Postage 4.60 | Restricted Delivery |
| Received by | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $

☒ With Postal Insurance

☐ Without Postal Insurance

**OFFICIAL USE**

*To Be Completed By Post Office*

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

FROM
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO
Allstate Life Insurance Co
3100 Sanders Road
Northbrook IL 60062

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Allstate Life Ins. Co
3100 Sanders Road
Northbrook IL
60062

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Ron Williams, Agt. for Allstate Ins. Co.    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Ron Williams

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*    RA 311 802 213 US

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540