IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE ALLSTATE CORPORATION, | ) Civil Action No. 08-131-JJF |
| ALLSTATE INSURANCE COMPANY, | ) |
| ALLSTATE LIFE INSURANCE COMPANY, | ) |
| ALLSTATE FINANCIAL SERVICES LLC, | ) |
| and ALLSTATE FINANCIAL LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION EXTENDING TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time within which the defendants shall answer, move or otherwise respond to the Complaint is extended to and including April 25, 2008. Counsel for the undersigned defendants represents that the extension is necessary because defense counsel was recently retained and they need the additional time to consult with their clients about the subject matter of the dispute and the anticipated response.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Elizabeth M. McGeever |
| Jack B. Blumenfeld (#1014) | Elizabeth M. McGeever (# 2057) |
| Julia Heaney (#3052) | PRICKETT, JONES & ELLIOTT, P.A. |
| MORRIS, NICHOLS, ARSHT & TUNNELL | 1310 King Street |
| 1201 North Market Street | P.O. Box 1328 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | TEL: (302) 888-6500 |
| TEL: (302) 575-7211 | emmcgeever@prickett.com |
| jblumenfeld@mnat.com | *Attorneys for Defendants* |
| jheaney@mnat.com | |
| *Attorneys for Plaintiff* | |

**SO ORDERED** this _____ day of March, 2008.

_____
Joseph J. Farnan, Jr.,
United States District Court Judge

\364545v1