IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE ALLSTATE CORPORATION, | ) Civil Action No 08-131-JJF |
| ALLSTATE INSURANCE COMPANY, | ) |
| ALLSTATE LIFE INSURANCE COMPANY, | ) |
| ALLSTATE FINANCIAL SERVICES LLC, | ) |
| and ALLSTATE FINANCIAL LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION(S) *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification(s), counsel moves the admission *pro hac vice* of Janice V. Mitrius, Christopher J. Renk, and Joseph J. Berghammer, to represent Defendants The Allstate Corporation, Allstate Insurance Company, Allstate Life Insurance Company, Allstate Financial Services LLC and Allstate Financial LLC, in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Elizabeth M. McGeever
Elizabeth M. McGeever (#2057)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
Ph: (302) 888-6500
*Attorneys for Defendants*

Dated: April 24, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Janice V. Mitrius, Christopher J. Renk, and Joseph J. Berghammer is **GRANTED**.

DATED: _____        _____
                                                          United States District Judge

\366561v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Janice V. Mitrius

Date: 4/23/08

BANNER & WITCOFF, LTD
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

\366561v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Illinois, Minnesota and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Christopher J. Renk

Date: APRIL 21, 2008

BANNER & WITCOFF, LTD
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

\366561v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Wisconsin and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Joseph J. Berghammer

Date: April 23, 2008

BANNER & WITCOFF, LTD
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

\366561v1