IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WebXchange Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08-131 JJF |
| v. | ) | |
| | ) | |
| The Allstate Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendants, The Allstate Corporation, Allstate Insurance Company, Allstate Life Insurance Company, Allstate Financial Services, LLC, and Allstate Financial, LLC, submit the following disclosure statement:

Allstate Life Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company. Allstate Financial Services, LLC is a wholly-owned subsidiary of Allstate Insurance Company. Allstate Financial, LLC is a wholly-owned subsidiary of Allstate Insurance Company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Date: April 25, 2008

*[signature]*
_____
Elizabeth M. McGeever (#2057)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Christopher J. Renk
Joseph J. Berghammer
Janice V. Mitrius
Michael J. Harris
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 463-5000

*Attorneys for Defendants*