IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WebXchange Inc., | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-131 JJF |
| The Allstate Corporation, et al., | ) | |
|         Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 25, 2008 a copy of the **Defendants' First Set Of Interrogatories To Plaintiff** and **Defendants' First Set Of Requests For Production Of Documents And Things To Plaintiff** was sent to all counsel listed below by e-mail:

| | |
|---|---|
| Lawrence Goodwin | lgoodwin@kasowitz.com |
| Peter Toren | ptoren@kasowitz.com |
| Stefan Stoyanov | sstoyanov@kasowitz.com |
| Charlotte Pontillo | cpontillo@kasowitz.com |
| Eric Stieglitz | estieglitz@kasowitz.com |
| Matthew Grasso | mgrasso@kasowitz.com |
| Jack B. Blumenfeld | jbbefiling@mnat.com |
| Julie Heaney | jheaney@MNAT.com |

Date: April 25, 2008

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (#2057)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Christopher J. Renk
Joseph J. Berghammer
Janice V. Mitrius
Michael J. Harris
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 463-5000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jack B. Blumenfeld
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>jbbefiling@mnat.com
>
>*Attorneys for Plaintiff WebXchange Inc.*

    I further certify that on April 25, 2008, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| Lawrence Goodwin | lgoodwin@kasowitz.com |
| Peter Toren | ptoren@kasowitz.com |
| Stefan Stoyanov | sstoyanov@kasowitz.com |
| Charlotte Pontillo | cpontillo@kasowitz.com |
| Eric Stieglitz | estieglitz@kasowitz.com |
| Matthew Grasso.... | mgrasso@kasowitz.com |
| Julie Heaney | jheaney@MNAT.com |

                                                                /s/ Elizabeth M. McGeever
                                                    ELIZABETH M. MCGEEVER (#2057)