IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WebXchange Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08-131 JJF |
| v. | ) | |
| | ) | |
| The Allstate Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF THE ALLSTATE CORPORATION AND
ALLSTATE FINANCIAL, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and based on the representations made by the defendants in this case, the plaintiff, WebXchange Inc., and defendants, The Allstate Corporation and Allstate Financial, LLC, hereby stipulate to (1) the dismissal, without prejudice, of all claims and causes of action brought in this action by WebXchange Inc. against The Allstate Corporation and Allstate Financial, LLC, and (2) the dismissal, without prejudice, of all counterclaims and causes of action brought in this action by The Allstate Corporation and Allstate Financial, LLC against WebXchange Inc. Each party will bear its own costs, expenses, and attorneys' fees.

Date: April 29, 2008

*/s/ Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 654-9200
jblumenfeld@mnat.com
jheaney@mnat.com

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Plaintiff*

Date: April 29, 2008

*/s/ Elizabeth M. McGeever*
Elizabeth M. McGeever (#2057)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Christopher J. Renk
Joseph J. Berghammer
Janice V. Mitrius
Michael J. Harris
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 463-5000

*Attorneys for Defendants*