IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-131 (JJF) |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ALLSTATE LIFE INSURANCE COMPANY, ) | |
| and ALLSTATE FINANCIAL SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Initial Disclosures of Plaintiff Webxchange Inc. Pursuant to Federal Rule of Civil Procedure 26(a)* were caused to be served on May 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Elizabeth M. McGeever, Esquire | *BY ELECTRONIC MAIL* |
| PRICKETT, JONES & ELLIOTT, P.A. | |
| 1310 King Street | |
| Wilmington, DE 19801 | |
| | |
| Janice v. Mitrius, Esquire | *BY ELECTRONIC MAIL* |
| Christopher J. Renk, Esquire | |
| Joseph J. Berghammer, Esquire | |
| BANNER & WITCOFF, LTD. | |
| Ten South Wacker Drive | |
| Suite 3000 | |
| Chicago, IL 60606 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 654-9200
jheaney@mnat.com
  *Attorneys for Plaintiff WebXchange Inc.*

Of Counsel:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

May 30, 2008
2347765

## CERTIFICATE OF SERVICE

I hereby certify that on May 30 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Elizabeth M. McGeever, Esquire
> PRICKETT, JONES & ELLIOTT, P.A.

I further certify that I caused to be served copies of the foregoing document on May 30, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

> Elizabeth M. McGeever, Esquire
> PRICKETT, JONES & ELLIOTT, P.A.
> 1310 King Street
> Wilmington, DE  19801
>
> Janice v. Mitrius, Esquire
> Christopher J. Renk, Esquire
> Joseph J. Berghammer, Esquire
> BANNER & WITCOFF, LTD.
> Ten South Wacker Drive
> Suite 3000
> Chicago, IL  60606

*/s/ Julia Heaney*

Julia Heaney (#3052)