IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBXCHANGE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-131 (JJF) |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ALLSTATE LIFE INSURANCE COMPANY, ) | |
| and ALLSTATE FINANCIAL SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff WebXchange, Inc.'s Corrected Responses and Objections to Defendant Allstate's First Set of Interrogatories to Plaintiff* were caused to be served on June 3, 2008 upon the following in the manner indicated:

Elizabeth M. McGeever, Esquire                                          *VIA ELECTRONIC MAIL*
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE  19801

Janice v. Mitrius, Esquire                                                      *VIA ELECTRONIC MAIL*
Christopher J. Renk, Esquire
Joseph J. Berghammer, Esquire
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 654-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiff WebXchange Inc.*

OF COUNSEL:

Lawrence B. Goodwin
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

June 3, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Elizabeth M. McGeever, Esquire
> PRICKETT, JONES & ELLIOTT, P.A.

I further certify that I caused to be served copies of the foregoing document on June 3, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Elizabeth M. McGeever, Esquire<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Janice v. Mitrius, Esquire<br>Christopher J. Renk, Esquire<br>Joseph J. Berghammer, Esquire<br>BANNER & WITCOFF, LTD.<br>Ten South Wacker Drive<br>Suite 3000<br>Chicago, IL  60606 | *VIA ELECTRONIC MAIL* |

*/s/ Julia Heaney*

Julia Heaney (#3052)