IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WebXchange Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08-131 JJF |
| v. | ) | |
| | ) | |
| The Allstate Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **The Allstate Defendants' First Supplemental Responses to Plaintiff's First Set Of Interrogatories** were caused to be served on August 27, 2008 upon the following in the manner indicated:

Jack B. Blumenfeld (#1014)             **ELECTRONIC MAIL**
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
Phone: (302) 654-9200
E-Mail: jblumenfeld@mnat.com; jheaney@mnat.com

Lawrence B. Goodwin                    **ELECTRONIC MAIL**
Peter J. Toren
Charlotte Pontillo
Stefan R. Stoyanov
Eric Stieglitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
E-Mail: WebXchangeTeam@kasowitz.com

Date: August 27, 2008

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (#2057)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Christopher J. Renk
Joseph J. Berghammer
Janice V. Mitrius
Michael J. Harris
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 463-5000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jack B. Blumenfeld
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>jbbefiling@mnat.com
>
>*Attorneys for Plaintiff WebXchange Inc.*

I further certify that on August 27, 2008, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| Lawrence Goodwin | WebXchangeTeam@kasowitz.com |
| Peter Toren | |
| Charlotte Pontillo | |
| Stefan Stoyanov | |
| Eric Stieglitz | |
| | |
| Jack B. Blumenfeld | jblumenfeld@mnat.com |
| Julie Heaney | jheaney@MNAT.com |

/s/ Elizabeth M. McGeever
ELIZABETH M. MCGEEVER (#2057)